IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. RDB-25-048 |
| ANTHONY CALVIN KNIGHT a/k/a "RECK GOON", | |
| Defendant. | |

## MOTION TO UNSEAL

The United States hereby moves to unseal the Superseding Information and associated Redline filed in the above-captioned case. When the government filed these documents with the Clerk, the "Under Seal" heading was inadvertently left on the filings. The documents were intended to be filed on the open docket, and the government respectfully requests that they, and the entire docket, be unsealed.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: ___/s/_____
Alexander Levin
Assistant United States Attorney

So ORDERED,

_____          _____
The Honorable Richard D. Bennett                                        Date
United Stated District Judge